## ALLEN v. STATE.
### No. 25161.

Court of Criminal Appeals of Texas.
Feb. 21, 1951.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for the offense of robbery, with a sentence of five years in the penitentiary.

The record is before the Court without a statement of facts or bill of exception. No question is presented for review and all proceedings appear regular.

The judgment of the trial court is accordingly affirmed.